**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ADOPTION OF M.J.F., A.M.G., L.R.G., AND E.G. | : No. 143 WAL 2019 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| PETITION OF: A.M.G., SR., NATURAL FATHER | : the Order of the Superior Court |
| | : |

## **ORDER**

**PER CURIAM**

 **AND NOW**, this 16th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.